# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SCOBEY G. BAKER, <br><br> Defendant. | Case No. CR 14-27-GF-BMM <br><br><br> **ORDER** |

Defendant Scobey G. Baker, having filed a Motion to Appear via Video for Motion for Early Termination of Supervised Release Hearing, there being no objection from the Government;

IT IS HEREBY ORDERED the Defendant, Scobey G. Baker may appear via Zoom for the Motion for Early Termination of Supervised Release Hearing, currently scheduled for October 20, 2020, at 2:30 p.m.

DATED this __14th__ day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court