# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOBEY G. BAKER,<br><br>Defendant. | Case No. CR 14-27-GF-BMM<br><br><br>**ORDER** |

The Court has been advised that Defendant Scobey G. Baker has died. As a consequence, his Counsel has filed an Unopposed Motion to Dismiss the Defendant's Motion for Early Termination of Supervised Release;

IT IS HEREBY ORDERED the Motion for Early Termination of Supervised Release is dismissed, abated by Mr. Baker's death.

DATED this 1st day of December, 2020.

_Brian Morris_
Brian Morris, Chief District Judge
United States District Court

1